IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DEREK ADOLPHUS JACKSON, #29905 | § § § |
| VS. | §   CIVIL CASE NO. 4:24-CV-721 |
| GRAYSON COUNTY JAIL PROPERTY OFFICER | § § § § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report") in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 10, 2024, the Report of the Magistrate Judge (Dkt. #12) was entered containing proposed findings of fact and recommendations that this civil rights action filed pursuant to 42 U.S.C. § 1983 be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed,[1] the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

---

[1] A copy of the Report was returned as undeliverable with the notation "Return to Sender – Inmate Not In Custody – Unable to Forward" (Dkt. #13).

1

It is therefore **ORDERED** that this civil rights action filed pursuant to 42 U.S.C. § 1983 is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 27th day of June, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE